# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| In the Matter of | : | No. 2966 Disciplinary Docket No. 3 |
| | : | |
| DANIEL P. RING | : | No. 105 DB 2019 |
| | : | |
| | : | Attorney Registration No. 79110 |
| | : | |
| PETITION FOR REINSTATEMENT | : | (Montgomery County) |

## ORDER

**PER CURIAM**

     **AND NOW**, this 1st day of May, 2023, the Petition for Reinstatement is granted. Petitioner is ordered to pay the expenses incurred by the Board in the investigation and processing of the Petition for Reinstatement. *See* Pa.R.D.E. 218(f).